BC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

RECEIVED
MPV
9/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Kimberly (Nelson) Jones**,

1:26-cv-10737
Judge John Robert Blakey
Magistrate Judge Maria Valdez
Random/Cat. 2

*Plaintiff,*

v.

**THE ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES (DCFS);**

**Jeff Sondgeroth**; and

**GREG VACCARO, in his official capacity as Circuit Clerk of LaSalle County, Illinois**,

*Defendants.*

Case No: ___________________

**COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**INTRODUCTION**

1. This is an emergency civil rights action brought pursuant to 42 U.S.C. § 1983 to remedy an ongoing, severe deprivation of Plaintiff's rights under the Fourteenth Amendment to the United States Constitution. Defendants have conspired under color of state law to forcefully seize three infant children from Plaintiff's legal custody via fraudulent, unnotified state court proceedings, and have actively blocked Plaintiff from accessing the state court system to seek a remedy.

**JURISDICTION AND VENUE**

2. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3) because this action seeks to vindicate violations of constitutional rights secured by the Fourteenth Amendment.

3. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in LaSalle County, Illinois, within this judicial district.

**PARTIES**

4. Plaintiff **Kimberly (Nelson) Jones** is an individual residing in Hancock County, Illinois, and was the legally appointed guardian of the three infant children subject to this action.

5. Defendant Illinois Department of Children and Family Services (DCFS) is a state agency responsible for child welfare operations in Illinois.

6. Defendant Greg Vaccaro is the elected Circuit Clerk of LaSalle County, Illinois, responsible for administering the filing dockets of the 13th Judicial Circuit Court. He is sued in his official capacity.

**FACTUAL ALLEGATIONS**

7. Plaintiff was the legally appointed guardian of three infant minor children: **KC**, **HC**, and **CC**.

8. Defendants DCFS and its agents instituted a parallel Juvenile Abuse/Neglect ("JA") dependency case in LaSalle County Circuit Court regarding the three infants.

9. To intentionally bypass Plaintiff's legal custody and avoid constitutional scrutiny, Defendants committed extrinsic fraud by intentionally omitting Plaintiff's name from the official court docket.

10. A secret adjudication hearing was conducted completely behind Plaintiff's back, without notice, without service of process, and without an opportunity to be heard.

11. On or about **3/13/2025 for KC and 5/21/2026 for HC and CC**, based entirely on these corrupted proceedings, an order was signed resulting in the immediate physical extraction and removal of the three infants from Plaintiff's care.

12. Upon discovering the fraud, Plaintiff attempted to access the LaSalle County Circuit Court both electronically and in person to file emergency appearances and objections *pro se*.

13. Defendant Circuit Clerk Greg Vaccaro and his office actively, physically, and digitally blocked Plaintiff from filing any documents, explicitly stating that Plaintiff was prohibited from filing because Plaintiff is unrepresented by an attorney.

**COUNT I: DEPRIVATION OF PROCEDURAL DUE PROCESS (14th AMENDMENT)**

14. Plaintiff incorporates paragraphs 1 through 13.

15. Plaintiff possesses a constitutionally protected liberty interest in the care, custody, and management of the infant children under a valid guardianship.

16. Defendants DCFS and its agents intentionally deprived Plaintiff of this interest without notice, service, or a hearing, utilizing extrinsic fraud to manipulate the state court docket.

**COUNT II: DENIAL OF ACCESS TO THE COURTS (14th AMENDMENT)**

17. Plaintiff incorporates paragraphs 1 through 13.

18. Citizens have a fundamental constitutional right of access to the courts to seek redress for grievances.

19. Defendant Greg Vaccaro, under color of law, has completely extinguished this right by implementing a total blockade against Plaintiff's *pro se* emergency filings, insulating state misconduct from judicial review.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue an immediate Temporary Restraining Order and Preliminary Injunction ordering Defendants to return the three infants to the custody of Plaintiff;

B. Issue an injunction enjoining Defendant Greg Vaccaro from blocking Plaintiff's *pro se* filings in LaSalle County; and

C. Declare the underlying state JA proceedings void *ab initio* for a total lack of personal jurisdiction and violation of due process.

Dated: September 4, 2026

Respectfully submitted,

---

**Kimberly (Nelson) Jones**, *Plaintiff Pro Se*

**505 E Main St. Plymouth, IL 62367. (309) 883-4808**
**rainiererasmondoni@gmail.com**

---

# Gaurdianship of Kieran Crouch

I, [signature], hereby appoint Kimberly Nelson, [signature], as guardian of Kieran Crouch until the end of the guardianship term.

Witness [signature] KEITH FOSTER Date: 1/10/2025

Witness [signature] AARON ATKINS Date: 1/10/2025

Date: 1/10/2025 End guardianship term 1/10/202[illegible]

mother Cheyenne Mondoni (Print) [signature] (Sign)

Father Cody Crouch (Print) [signature] (Sign)

maternal grandmother/guardian Kimberly Nelson (Print) [signature] (Sign)

**Short Term Guardianship**
Hancock County, IL

October 11th, 2025

I, Cheyenne Mondoni, give consent to total legal Guardianship of Cayden and Hayden Crouch to my mother, Kimberly Nelson on this day in the best interests of my children until the court decides that I have completed my service plan.

Cheyenne Mondoni
Cheyenne Mondoni

10/11/2025
Date

Kimberly Nelson

10/11/25
Date

**Witnesses:**

| | |
|---|---|
| Charles Jones | KEITH Farton |
| Print | Print |
| Charles Jones | [signature] |
| Sign | Sign |
| 10/11/25 | 10/11/2025 |
| Date | Date |

OSF
HEALTHCARE

Kimberly D Nelson
505 E Main St
Plymouth IL 62367-1010

March 10, 2026

To whom it may concern,

As the primary care provider for Kimberly and her children and I can attest that it is my observation that Kimberly seem to be providing good care to the children and they appear safe and content in her care. She has brought them to office visits and followed through with medical recommendations consistently.

Sincerely,

Timothy Allen Pratt, MD
240 N MASON ST
SHEFFIELD IL 61361-9796

FILED
Hancock Co. Circuit Court
9th Judicial Circuit
Date: 4/6/2026 3:58 PM
Accept Date: 4/6/2026 10:34 AM
Keara Weber
2026FA6

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
HANCOCK COUNTY, ILLINOIS

## UNIFORM ORDER FOR SUPPORT

[X] Initial Order [ ] Default
[ ] Modification [ ] Judgment

Illinois Department of Healthcare and Family Services,
ex rel.,
Kimberly Nelson
Petitioner

vs.

Cheyenne Mondoni,
Respondent.

Court Case No. 26-FA-6

[X] Illinois Dept. of Healthcare and Family Services is, or has been granted leave to intervene.

IV-D No. C04271066

Definitions:
*Obligor* – The parent obligated to pay support to the other parent.
*Obligee* – An individual to whom a duty of support is owed or the individual's legal representative.
*Child* – Any child under age 18 and any child age 19 or younger who is still attending high school.

**The Court finds:**

[X] The Department provides IV-D services in this case and has appeared by counsel. Notwithstanding compliance with this order, the Department has not waived its right to collect arrearages, delinquencies and any other outstanding balances by any and all legal and administrative remedies.

[X] Kimberly Nelson is the [ ]Obligor [X]Obligee and appears [X]personally, [X]pro se, [ ]not, [ ]by counsel, ______________.

[X] Cheyenne Mondoni is the [X]Obligor [ ]Obligee and appears [X]personally, [X]pro se, [ ]not, [ ]by counsel, ______________.

[ ] The arrearage as of ______________ is $______________ consisting of $______________ in unpaid child support not including interest.

**It is ordered that** Cheyenne Mondoni, Obligor, is to provide:

[ ] **MAINTENANCE** *OR* [ ] **UNALLOCATED SUPPORT**

Payment Amount:

Current Maintenance or Unallocated Support Payment: $________

Arrearage: $________

Payments Begin: ______________ (date)

Payment Frequency:
[ ] every week
[ ] every other week
[ ] monthly
[ ] twice each month on ________ & ________ (date)
[ ] every year
[ ] other ______________

**[X] CHILD SUPPORT OBLIGATION**

Payment Amount:

Current Child Support: $120.00
Arrearage: $________
Cash Medical Support: $ 0
Child Care Contribution: $________
Other: $________

Payment Frequency:
[ ] every week
[ ] every other week
[X] monthly
[ ] twice each month on ________ & ________ (date)
[ ] every year
[ ] other ______________

Payments Begin: 03/25/26 (date) (date of service)

LGL1001 (R-04-22) 162384283 / 172485260

[X] **PAYMENT ARRANGEMENTS**

**Payments must be sent to the STATE DISBURSEMENT UNIT. Maintenance only payments shall not be paid or sent to State Disbursement Unit (750 ILCS 5/507.1).** A Notice to Withhold Income shall issue immediately and shall be served on the employer at the address listed in this Order. Payments shall be made payable to the State Disbursement Unit and sent to the State Disbursement Unit at PO Box 5400, Carol Stream, IL 60197-5400. Payments must include CASE NUMBER, COUNTY of the Court issuing this Order, and Obligor's name. Any subsequent employer may be served with a Notice to Withhold Income without further order of Court.

__NOTE__: Confirm with your employer when they will begin withholding child support payments from your wages. **You are responsible for the payment of your child support until the employer begins the withholding action.** Payments must be sent directly to the State Disbursement Unit (see details above).

[X] In addition to and separate from amounts ordered to be paid as maintenance or child support, the Obligor shall pay a $36 per year Separate Maintenance and Child Support Collection Fee. This sum shall be paid directly to the Clerk of the Circuit Court of Hancock County at 500 Main St., Carthage, Illinois 62321 and **not** to the State Disbursement Unit.

[X] **DELINQUENCY**

If the Obligor becomes delinquent in the payment of support after the entry of this Order For Support, the Obligor must pay, in addition to the current support obligation, the sum of (a) $__24.00__ for child support per the payment frequency ordered above for child support, and (b) $__——__ for maintenance or unallocated support per the payment frequency ordered above for maintenance or unallocated support, until the delinquency is paid in full. (This additional amount, the total of (a) and (b), shall not be less than 20 percent of the total of the current support amount and the amount to be paid periodically for payment of any arrearage stated in the order for support.) A support obligation, or any portion of a support obligation which becomes due and remains unpaid for 30 days or more shall accrue interest at the rate of _9%_ per annum. Any portion of a support obligation that remains unpaid at the end of a month, excluding the support that became due for that month, shall accrue interest provided in Section 12-109 of the Code of Civil Procedure.

[X] **TERMINATION**

This obligation to pay child support terminates on _05_ - _31_ - _44_ unless modified by written order of the Court. (Insert a date no earlier than the date that the youngest child reaches the age of 18 or is expected to graduate from high school, whichever comes later.) **This termination date does not apply to any arrearage that may remain unpaid on that date.** The children covered by this order are: Kieran Crouch born December 05, 2024, Hayden Crouch born October 09, 2025, and Cayden Crouch born October 09, 2025

[X] **HEALTH INSURANCE COVERAGE**

[ ] The [ ]Obligor [ ]Obligee **provides** or has/have **available** at a reasonable cost private health insurance coverage for the minor children through ____________________ and is/are ordered to cover or continue to cover the minor children until further order of the Court.

[X] No health insurance coverage is ordered at this time as [X] Obligor's net income is below 133% of the most recent United States Department of Health and Human Services Federal Poverty Guidelines [ ]Obligor's children are covered by Medicaid based on his/her income [ ] the cost of providing health insurance coverage exceeds 5% of the [ ]Obligor's [ ]Obligee's gross income.

GL1001 (R-04-22) 162384283 / 172485260

[X] The minor children are covered by public health insurance.

[X] Neither party has health insurance available through an employer or at a reasonable cost privately.

[ ] The Obligor shall pay _____% of uncovered health expenses. [ ] The Obligee shall pay _____% of uncovered health expenses.

[ ] ______________________________________________________________

______________________________________________________________

______________________________________________________________

**It is further ordered that:**

The Obligor shall give written notice to the Clerk of the Court, and if a party is receiving child and spouse services under Article X of the Illinois Public Aid Code, to the Department of Healthcare and Family Services, **within 7 days**, of:

- any new residential, mailing address or telephone number;
- the name, address and phone number of any new employer, and;
- the policy name and identifying number(s) of health insurance coverage available.

The party providing health insurance coverage shall submit proof of continued coverage of the children and cost of the premium to the other parent annually or as designated by the Court in order to continue receiving an adjustment. The Obligor and Obligee shall submit a written report of termination of employment and of new employment, including name and address of the new employer, to the Clerk of the Court and the Obligee and/or Obligor **within 10 days**. Obligor and Obligee shall advise each other of a change of residence **within 5 days** except when the Court finds that the physical, mental or emotional health of a party or that of a minor child, or both, would be seriously endangered by disclosure of the party's address. An Obligee receiving payments through income withholding shall notify the Clerk of the Court and the State Disbursement Unit **within 7 days** of a change in residence.

[X] ADDITIONAL CONDITIONS OR FINDINGS

Child Support payment amount deviates from the amount required by statutory minimum guidelines. The amount of support that would have been required under the guidelines is $________.

Reasons for deviation:______________________________________________

______________________________________________________________

[X] If there is an unpaid arrearage or delinquency equal to at least one month's child support obligation on the termination date, then the periodic amount required to be paid for current child support prior to the termination date shall automatically continue to be an obligation toward satisfaction of the unpaid arrearage or delinquency until paid in full. This payment shall be in addition to any periodic payment required for the satisfaction of the arrearage or delinquency which payments shall continue until such amounts are paid in full.

LGL1001 (R-04-22) 162384283 / 172485260

[X] Other:
[X] This order has been entered [X] upon evidence, [ ] by default, [X] by agreement.
[ ] The adjusted net income of the **Obligor** is $________ per month derived by using [ ]the standardized tax amount [ ] individualized tax amount [ ] by agreement [ ] upon evidence, [ ]imputed ________.
[ ] The adjusted net income of the **Obligee** is $________ per month derived by using [ ] the standardized tax amount [ ] individualized tax amount [ ] by agreement [ ] upon evidence [ ]imputed ________.
[X] The Obligor's actual or imputed income is at or less than 75% of the most recent United States Department of Health and Human Services Federal Poverty Guidelines for a family of 1 person, therefore a minimum child support obligation is appropriate, at $40.00/month per child.
[X] The child support obligation is for 3 minor children.
[ ] The [ ]Obligor [ ]Obligee is unemployed and without income.
[ ] There has been a substantial change in circumstances in that ________

[X] There is no just reason to delay enforcement or appeal of this order.
[ ] A judgment for retroactive support is entered in the amount of $________ against ________.
[ ] The Support Obligation Worksheet is attached hereto and incorporated herein by reference.
[X] Petitioner is a guardian/grandmother therefore her income is not included in the calculation.

**FAILURE TO OBEY ANY OF THE PROVISIONS OF THIS ORDER MAY RESULT IN A FINDING OF CONTEMPT OF COURT**

4/6/2026
Date

James A. Bulser [signature]
Judge

**Approved by Obligor** [signature]
Address 2836 4th St. Trlr. 15 Peru, IL. 61354
(Street) (City) (State) (Zip)
Source of Income cash (doordash)
Email: ________
[ ] By checking this box, I agree to receive electronic notice of further hearings by email.

**Approved by Obligee** [signature]
Address ________
(Street) (City) (State) (Zip)
Source of Income ________
Email: ________
[ ] By checking this box, I agree to receive electronic notice of further hearings by email.

Prepared by:

Lorelei Nickols, Assistant Attorney General
Attorney for the State of Illinois
500 S 2nd St
Springfield, Illinois 62701
(217) 785-9007
hfs.ag.springfield@illinois.gov
LGL1001 (R-04-22) 162384283 / 172485260